UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| OBJET GEOMETRIES, LTD. and STRATASYS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil No. 05-136 (JRT/FLN) |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| 3D SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| 3D SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-939 (JRT/FLN) |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| STRATASYS, INC. and OBJET GEOMETRIES, LTD., | ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATED MOTION FOR ENTRY OF ORDER OF DISMISSAL**

The parties having agreed to the settlement of all their respective claims in *Objet*

*Geometries, Ltd. and Stratasys, Inc. v. 3D Systems, Inc.* (Civil No. 05-136 (JRT/FLN))

and *3D Systems, Inc. v. Objet Geometries, Ltd. and Stratasys, Inc.* (Civil No. 05-939

(JRT/FLN)), which actions have been consolidated by this Court for the purpose of

discovery and other pretrial matters, and consenting to the entry of this Order, the parties

hereby agree to entry of an Order stating that:

1.     This Court has jurisdiction over the parties and the subject matter of these

actions.

2.     These actions, identified as *Objet Geometries, Ltd. and Stratasys, Inc. v. 3D

Systems, Inc.* (Civil No. 05-136 (JRT/FLN)) and *3D Systems, Inc. v. Objet Geometries,

Ltd. and Stratasys, Inc.* (Civil No. 05-939 (JRT/FLN)), are hereby dismissed with

prejudice.

3.     The parties shall bear their own attorneys' fees, expenses and costs.

A Proposed Order is submitted herewith.

                                        3D SYSTEMS, INC.

                                        By their attorneys:

Dated:  August 18, 2005          By:     s/Tiffany A. Blofield
                                        Tiffany A. Blofield, (#237,279)
                                        WINTHROP & WEINSTINE, P.A.
                                        225 South Sixth Street, Suite 3500
                                        Minneapolis, MN  55402-4629
                                        Telephone:  (612) 604-6400
                                        Facsimile:  (612) 604-6800
                                        tblofield@winthrop.com

                                        And:

                                        Sidney David
                                        Stephen B. Goldman
                                        LERNER, DAVID, LITTENBERG,
                                        GRUMHOLZ & MENTLIK, LLP
                                        600 South Avenue West
                                        Westfield, NJ  07090
                                        Telephone:  (908) 654-5000
                                        Facsimile:  (908) 654-7866

OBJECT GEOMETRIES, LTD. and
STRATASYS, INC.

By their attorneys:

Dated:  August 18, 2005            By:     s/ Alan G. Carlson
                                    Alan G. Carlson (#14,801)
                                    J. Derek Vandenburgh (#224,145)
                                    Brian W. Hayes (#294,585)
                                    CARLSON, CASPERS,
                                    VANDENBURGH & LINDQUIST P.A.
                                    225 South Sixth Street, Suite 3200
                                    Minneapolis, MN  55402
                                    Telephone:  (612) 436-9600
                                    acarlson@ccvl.com
                                    dvandenburgh@ccvl.com
                                    bhayes@ccvl.com


                                    Co-counsel for Stratasys, Inc.:

                                    David R. Fairbairn (#0028125)
                                    Michael J. Pape (#026989X)
                                    KINNEY & LANGE, P.A.
                                    The Kinney & Lange Building
                                    312 South Third Street
                                    Minneapolis, MN  55415-1002
                                    Telephone:  (612) 339-1863
                                    drfairbairn@kinney.com
                                    mjpape@kinney.com